FILED'08 MAR 13 14:33 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. CR 96-311-HA |
| Respondent-Plaintiff, | CIVIL NO. CV 08-70005-HA |
| v. | **ORDER DIRECTING FORMER DEFENSE COUNSEL TO SUBMIT INFORMATION PERTINNENT TO 28 U.S.C. §2255 MOTION** |
| ANTONIO RODRIGUEZ-PRECIADO, | |
| Petitioner-Defendant, | |

By motion of the United States of America, the court finds defendant has waived the attorney-client privilege as it relates to claims of ineffective assistance of counsel in defendant's §2255 motion, and pursuant to Rule 7 in §2255 proceedings:

IT IS HEREBY ORDERED the former defense counsel Mr. John Storkel and Mr. Jim Halley shall submit to government counsel's questions regarding such claims and provide answers to such questions in a sworn affidavit format.

DATED this 13 day of March 2008.

ANCER L. HAGGERTY
United States District Judge

Presented by:

/s/ J. Russell Ratto
J. RUSSELL RATTO
Special Assistant United States Attorney